AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOSE FRANCISCO GARCIA,

            Plaintiff,

            v.

STATE OF WASHINGTON, YAKIMA POLICE DEPARTMENT, YAKIMA MEMORIAL HOSPITAL and YAKIMA COUNTY,

            Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-3137-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

January 28, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia